IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| WORLDWIDE CONSULTING, LLC<br>Amit Jain, Manager<br><br>Plaintiff,<br><br>v.<br><br>PNC BANK, NATIONAL ASSOCIATION<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 1:25-cv-01746-AJT-WEF<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the Plaintiff, Worldwide Consulting , LLC and the Defendant, PNC Bank, National Association (collectively, the "Parties") hereby stipulate as follows:

1. The Parties hereby stipulate to the immediate dismissal of this action without prejudice;

2. The Parties agree that each will bear its own fees, expenses and costs incurred with the conduct and dismissal of this action;

3. Insomuch as all parties who have appeared in this action have joined in this Stipulation and hence, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action may be dismissed, the Parties respectfully request that the Clerk of the Court mark this action as dismissed without prejudice and closed on the Court's docket forthwith.   So Ordered

Dated: October 16, 2025

Anthony J. Trenga
Senior U.S. District Judge   10/17/2025

<u>/s/ Jeffery T. Martin Jr.</u>
Jeffery T. Martin, Jr., VSB #71860
Martin Law Group, P.C.
8065 Leesburg Pike
Suite 750
Vienna, VA 22182
703-223-1822 Office
jeff@martinlawgroup.com
Counsel for Worldwide Consulting, LLC


<u>*/s/ Elizabeth M. Briones*</u>
Elizabeth M. Briones (VSB No. 92130)
TROUTMAN PEPPER LOCKE LLP
401 9th Street, NW, Suite 1000
Washington, DC 20004
Tel.: (202) 274-2937
Fax: (202) 274-2994
Email:  elizabeth.briones@troutman.com
Counsel for Defendant PNC Bank, National Association